# Court of Appeals
# of the State of Georgia

ATLANTA, December 27, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0575. PORTER v. THE STATE.**

The Appellant's brief and enumeration of errors was originally due on November 21, 2022. We granted five extensions for the Appellant to file an initial brief. In our latest order, we indicated that no additional extensions would be granted, and failure to file a brief by December 20, 2022 might result in dismissal of the appeal.

As of the date of this order, the Appellant has still not filed an initial brief. Accordingly, this appeal is hereby DISMISSED for failure to file a brief and enumeration of errors. See Court of Appeals Rules 13, 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/27/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*